1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

**FILED**

OCT 1 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHIZHI CEN, | ) |
| Plaintiff, | ) No. C 05-3154 MJJ |
| v. | ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director, U.S. Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigations, | ) STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER |
| Defendants. | ) |

Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a fourteen-day extension of time within which the defendant must serve its answer to the complaint in the above-entitled action. The defendants will file their answer on or before October 21, 2005.

///

///

Stipulation for Extension
C 05-3154 MJJ

| | |
|---|---|
| Date: October 6, 2005 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>_____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendant |
| Date: October 6, 2005 | _____/s /_____<br>JUSTIN X. WANG<br>Baughman & Wang<br>Attorney for Plaintiff |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/11/2005

MARTIN J. JENKINS
United States District Judge

Stipulation for Extension
C 05-3154 MJJ