JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Zhizhi CEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhizhi CEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>*Michael Chertoff*, Secretary of the Department of Homeland Security;<br>*Eduardo Aguirre*, Director, U.S. Citizenship and Immigration Services;<br>*David Still*, Officer in Charge of USCIS San Francisco Sub Office; and<br>*Robert S. Mueller*, Director of Federal Bureau of Investigation<br><br>                    Defendants. | No.: C 05-3154 MJJ<br><br>Order granting<br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: October 17, 2005

_____
Justin X. Wang, Esq.
Attorney for Plaintiff

It is so ordered,

10/23/2005           /s/ Martin J. Jenkins

Case No.: C 05-3154 MJJ
NOTICE OF VOLUNTARY DISMISSAL

F:\NANCY\Mandamus\CEN, Zhizhi\DISMISSAL.wpd